THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. RYAN, on Behalf of RICHARD SHAVER, Respondent, v KEVIN CHEVERKO et al., Appellants.

Submitted September 16, 2013; decided October 10, 2013

Motion by New York State Sheriffs' Association, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.